# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 95-60625

CHRIS W. BEGGERLY; JAMES R. BEGGERLY;
CLARK M. BEGGERLY; VELMA B. GARNER;
SUZANNE REED; DAVID REED,

Plaintiffs-Appellants,

versus

UNITED STATES OF AMERICA,

Defendant-Appellee.

Appeal from the United States District Court
For the Southern District of Mississippi

August 4, 1998

ON REMAND FROM THE SUPREME COURT
OF THE UNITED STATES

Before POLITZ, Chief Judge, EMILO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:

This matter is on remand from the Supreme Court, **United States v. Beggerly**, 118 S.Ct. 1862 (1998), which reversed the decision of this court reported at 114 F.3d 484 (5th Cir. 1997). In accordance with the Supreme Court's mandate, the judgment of the district court dismissing the Beggerlys' complaint with prejudice for lack of jurisdiction and denying all other relief sought is hereby AFFIRMED

in all respects.